UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA PECK,

     Plaintiff,

v.

OAKLAND COUNTY, MICHAEL
BOUCHARD, MICHAEL McCABE,     Case No. 07-10167
DOUGLAS EADER, PAMELA
NEWSOME, CAROL VANLEUVEN,     Honorable Patrick J. Duggan
MARK MORRISSEY, MARGARET
SCHOOLEY, VICKY LOPEZ, and PAM
NEWBY, in their individual and official
capacities,

     Defendants.

_____/

## JUDGMENT

Plaintiff filed this action against Defendants after she was allegedly forced to resign

from her position as a nurse in the Oakland County Jail. Defendants subsequently filed a

motion for summary judgment. On this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's amended

complaint is **DISMISSED WITH PREJUDICE**.


DATE: February 15, 2008     s/PATRICK J. DUGGAN
     UNITED STATES DISTRICT JUDGE

copies to:
Christopher J. Trainor, Esq.
Rick J. Patterson, Esq.
Steven M. Potter, Esq.